## DeVRIES et al. v. BAUMGARTNER'S ELECTRIC CONSTRUCTION CO.

No. 551.   Decided May 18, 1959.

*Louis Sherman* and *Joseph M. Stone* for petitioners.
*Melvin T. Woods* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted.   The judgment is reversed.   *San Diego Building Trades Council* v. *Garmon, ante*, p. 236.

MR. JUSTICE CLARK, MR. JUSTICE HARLAN, MR. JUSTICE WHITTAKER, and MR. JUSTICE STEWART dissent for the reasons set forth in the concurring opinion in *San Diego Building Trades Council* v. *Garmon, ante*, pp. 236, 249.

## ANDERSON et al. v. CITY OF CEDAR RAPIDS.

No. 786.   Decided May 18, 1959.

*Ernest F. Pence* and *Roy A. Golden* for appellants.
*William M. Dallas* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.